# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> PATRICK JAMES and EDWARD JAMES <br> *Defendant* | ) <br> ) <br> ) Case No. 26-CR-029 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick James                                                                                       .

Date:   01/29/2026

*/s/ Scott A. Hartman Esq.*
*Attorney's signature*

Scott A. Hartman / 4957122
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
*Address*

scotthartman@quinnemanuel.com
*E-mail address*

(212) 849-7083
*Telephone number*

*FAX number*