AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:26cr2024 |
| | ) |
| Patrick James | ) Charging District's |
| *Defendant* | ) Case No. 26cr29 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Southern** District of **New York**,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/29/2026

s/ James E. Grimes Jr.
*Judge's signature*

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*

Query　　Reports　　Utilities　　Help　　What's New　　Log Out

Termed

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-02024-JEG All Defendants

Case title: USA v. James

Date Filed: 01/29/2026

Date Terminated: 01/29/2026

Assigned to: Magistrate Judge James E. Grimes Jr.

### Defendant (1)

| | | |
|---|---|---|
| **Patrick James**  *TERMINATED: 01/29/2026* | represented by | **Ethan W. Weber**  Tucker Ellis - Cleveland  Ste. 1100  950 Main Avenue  Cleveland, OH 44113  216-696-3629  Fax: 216-592-5009  Email: ethan.weber@tuckerellis.com  *ATTORNEY TO BE NOTICED*  *Designation: Retained*  *Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 225 (Continuing Financial Crimes Enterprise) | |

18 USC§ 1343 (Conspiracy to Commit Wire Fraud and Bank Fraud)

18 USC § 1343 (Wire Fraud)

18 USC § 1344 (Bank Fraud)

18 USC § 2 (aiding and abetting)

**Plaintiff**

**United States of America**　　　　　　　represented by　**Elliot D. Morrison**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3919
Fax: 216-522-3370
Email: elliot.morrison@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Michael L. Collyer**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3744
Fax: 216-522-8355
Email: michael.collyer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2026 |   | Arrest (Rule 40) of Patrick James (1) on 01/29/2026. (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | 1 | Rule 40 Warrant received as to Patrick James (1) (Attachments: # 1 Indictment) (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 |   | **IMPORTANT:** Notice [non-document] as to Patrick James (1). Arraignment set for 01/29/2026 at 01:00 PM in Courtroom 11A before Magistrate Judge James E. Grimes Jr. (M,MT) (Entered: 01/29/2026) |

| | | |
|---|---|---|
| 01/29/2026 | | Case unsealed as to Patrick James (1). (M,MT) (Entered: 01/29/2026) |
| 01/29/2026 | | **Minutes of proceedings** [non-document] Initial Appearance hearing before Magistrate Judge James E. Grimes Jr. as to Edward James and Patrick James held on 01/29/2026. All parties appeared in Courtroom 11A in the Carl B. Stokes Courthouse in Cleveland, OH. AUSAs Michael L. Collyer and Elliot D. Morrison present for the government. Attorneys Kevin Spellacy and Seth D. Ducharme present and retained for the Edward James, and Attorneys Ethan W. Weber and Scott Hartman present on behalf of Patrick James. Governments counsel was advised of and ordered to comply with the governments disclosure requirements under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny; and admonished that failure to comply with those disclosure obligations could result in sanctions. Defendant waives identity/production of a warrant hearing. All further proceedings to be held by the Southern District of New York. The government does not request detention. Defendants to be released on secured bonds with standard and special conditions, which were read to the defendants on the record. (PTS: R. Franklin) (ECRO: B. Laster) Time: 35 Minutes (M,MT) (Entered: 01/30/2026) |
| 01/29/2026 | 3 | Waiver of Rule 5(c)(3) Hearing by Patrick James (1). (M,MT) (Entered: 01/30/2026) |
| 01/29/2026 | 4 | Commitment to Another District as to Patrick James (1). Defendant committed to District of Southern District of New York. Signed by Magistrate Judge James E. Grimes Jr. on 01/29/2026. (M,MT) (Entered: 01/30/2026) |
| 01/29/2026 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Patrick James (1). Your case number is: 26cr29. The NDOH finance office will transmit the bond collected. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 1 Rule 40 Warrant from Another District, 3 Waiver of Rule 5(c)(3) Hearing, 4 Commitment to Another District. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (M,MT) (Entered: 01/30/2026) |
| 01/30/2026 | 5 | **Motion** for attorney Scott A. Hartman to Appear Pro Hac Vice Filing fee $ 120, receipt number AOHNDC-13498484, by Patrick James (1). (Attachments: # 1 Exhibit 1 - Declaration)(Weber, Ethan) (Entered: 01/30/2026) |