```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/3/2026_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

                Defendants.

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold an initial conference in this matter on **February 4, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 3, 2026
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge