UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/19/2026

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant Edward James seeks modification of his bond conditions to include travel to the Southern District of Ohio, where certain immediate family members reside.  *See* ECF No. 21. The motion is GRANTED; Defendant Edward James's conditions of bond are modified to permit travel to the Southern District of Ohio.  Pretrial Services' approval is required for all such travel.

SO ORDERED.

Dated: February 19, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge