USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____3/11/2026_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PATRICK JAMES and
EDWARD JAMES,

Defendants.

Crim. Action No.: 26-CR-29 (AT)

ORDER STAYING GRAND JURY
SUBPOENA RETURN DATE

Upon consideration of the Motion to Quash and Preclude Use of Evidence Obtained Through Post-Indictment Grand Jury Subpoena filed by Defendant Patrick James (the "Motion"), and good cause having been shown, it is hereby:

**ORDERED** that the March 11, 2026 return date of the grand jury subpoena dated February 25, 2026 (the "Subpoena"), issued to Cooperative Title Agency of Florida, directed to its agent Gary Laufenberg, is hereby **STAYED** pending resolution of the Motion; and it is further

**ORDERED** that Cooperative Title Agency of Florida shall not be required to produce any documents or materials in response to the Subpoena until further order of the Court; and it is further

**ORDERED** that the Government shall preserve all documents and materials, if any, already produced in response to the Subpoena, and shall not review, use, or disclose any such materials pending resolution of the Motion or further order of the Court; and it is further

**ORDERED** that this stay shall remain in effect until the Court has ruled on the Motion, or until further order of the Court.

**SO ORDERED:**

Dated: New York, New York
      March 11, 2026

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE