UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2026

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendant Patrick James' motion to quash a grand jury subpoena dated February 25, 2026. *See* Mot. at 1, ECF No. 28. By **March 20, 2026**, the Government shall respond to the motion. The Government may submit materials relating to the subpoena for *in camera* review to the Court in connection with its response. *See* Mot. at 12.

      SO ORDERED.

Dated: March 11, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge