UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2026

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court AMENDS its order entered at ECF No. 36.  The conditions of Defendant Edward James's pre-trial release are MODIFIED and Edward James is granted permission to open identically named financial accounts at up to two new financial institutions, in line with his request at ECF No. 31.  Edward James shall inform pretrial services and the Government of the details of any new financial accounts as soon as those accounts are opened.

SO ORDERED.

Dated:  March 13, 2026
        New York, New York

ANALISA TORRES
United States District Judge