USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____3/16/2026____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PATRICK JAMES and
EDWARD JAMES,

Defendants.

---

Crim. Action No.: 26-CR-29 (AT)

ORDER DIRECTING DEPOSIT OF FUNDS INTO AN INTEREST-BEARING ACCOUNT

---

Pursuant to Local Civil Rule 67.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the application of Defendant Edward James for an order directing that $1,000,000.00 in cash bail posted in connection with the February 4, 2026, Appearance Bond be invested in an interest-bearing account, it is hereby:

ORDERED that the Clerk of Court is directed to deposit the sum of $1,000,000.00 currently held in the Court's registry into an interest-bearing account within the Court Registry Investment System ("CRIS"); and it is further

ORDERED that the funds shall remain in the CRIS account until further order of the Court; and it is further

ORDERED that the Clerk of Court shall deduct from the income earned on the investment a fee equal to ten percent (10%) of the income earned, not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 38 and 40.

SO ORDERED:

Dated: New York, New York
       March 16, 2026

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE