**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

April 21, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Patrick James in the above-referenced matter and respectfully request the Court's permission for Mr. James to open a new bank account at a financial institution to be identified for the Court. The new account is necessary to receive funds from an existing account that Mr. James's current bank has informed him will be closed as a result of the filing of charges in this case.

Mr. James's bank recently notified him that it intends to close the relevant account, which was previously disclosed to both the Government and the Court. Opening a replacement account at a new financial institution is necessary to allow Mr. James to transfer his funds and to continue meeting ordinary financial obligations. Mr. James will continue to comply with all applicable orders and conditions governing his finances.

Mr. James has informed both Pretrial Services and the Government of this request. Pretrial Services does not oppose the request. The Government takes no position but asks that, if the Court grants this request, Mr. James be directed to open an identically named account and to promptly inform the Government and Pretrial Services of the account details. Mr. James consents to those conditions and will provide that information as soon as the account is opened.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

We appreciate the Court's attention to this matter.


Very truly yours,

Scott Hartman

cc:    Counsel of Record

2