

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

April 24, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    *United States v. Patrick James and Edward James,* **26 Cr. 29 (AT)**

Dear Judge Torres:

On February 4, 2026, the Court held an initial conference in the above-captioned case. At that conference, time was excluded under the Speedy Trial Act until April 27, 2026, when the Court scheduled a status conference. The April 27 conference has been adjourned *sine die* and the parties have been directed to supply information by April 30 regarding the completion of discovery and trial scheduling (ECF No. 49). With the consent of counsel for defendants Patrick James and Edward James, the Government writes to request that time be excluded until May 27, 2026. Exclusion of time will serve the ends of justice by allowing the parties to review discovery and continue discussions regarding a pre-trial motion and disclosure schedule. *See* 18 U.S.C. § 3161(h)(7)(A).

Very truly yours,

JAY CLAYTON
United States Attorney

By: _____
Nicholas W. Chiuchiolo
Marguerite B. Colson
Peter J. Davis
Sarah Mortazavi
Assistant United States Attorneys

cc: Defense counsel (by ECF)