

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

April 30, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:    *United States v. Patrick James and Edward James,* **26 Cr. 29 (AT)**

Dear Judge Torres:

The Government respectfully writes in response to the Court's April 23, 2026 order regarding the production of discovery and the parties' estimates for the length of trial (ECF No. 49).

The Government's production of Rule 16 discovery is substantially complete. The Government anticipates producing the limited remaining materials in its possession no later than June 1. Those materials include data identified as responsive to the search warrant of Patrick James's personal email account. Additionally, as is typically the case, the Government continues to receive discovery material from third parties that are producing records in response to pending subpoenas or voluntary document requests; the Government will produce those materials to defense counsel as they are received on a rolling basis, consistent with its Rule 16 and *Brady* obligations. The Government also notes that it has at least one pending subpoena to a third party that is being held in abeyance pending the Court's ruling on the defendant's motion to quash. (ECF Nos. 28, 37, 42). Depending on the Court's ruling on that motion, the third party may produce materials that in turn will be produced to the defendants as Rule 16 records.

The parties have also conferred regarding trial length.  The Government currently estimates that its case-in-chief will last approximately three to four weeks.  Defendants' current estimate is that the combined defense cases will last two to three weeks.

Very truly yours,

JAY CLAYTON
United States Attorney

By: _____
Nicholas W. Chiuchiolo
Marguerite B. Colson
Peter J. Davis
Sarah Mortazavi
Assistant United States Attorneys

cc: Defense counsel (by ECF)