**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____5/8/2026____

(212) 849-7083

WRITER'S EMAIL ADDRESS
scotthartman@quinnemanuel.com

May 8, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Patrick James in the above-referenced matter and respectfully request a two-week extension of the Court's April 24, 2026, Order (ECF No. 51), which directed Mr. James to identify by May 8, 2026, the financial institution at which he is opening a new bank account.  The new proposed deadline is May 22, 2026.

As the Court is aware, Mr. James's prior bank notified him that it would close his account as a result of the filing of charges in this case, and the Court granted permission for Mr. James to open a replacement account at a new financial institution.  Mr. James promptly began the process of opening such an account, but the new financial institution has not yet completed its account-opening procedures.  The brief extension requested here will allow that process to conclude and will permit Mr. James to provide the Court, the Government, and Pretrial Services with the complete account information as required by the Order.

Mr. James has informed both Pretrial Services and the Government of this request.  Neither Pretrial Services nor the Government opposes this request.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

We appreciate the Court's attention to this matter.

Very truly yours,

Scott Hartman

cc:    Counsel of Record

GRANTED.

SO ORDERED.

Dated: May 8, 2026
       New York, New York

ANALISA TORRES
United States District Judge

2