USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____6/5/2026____

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212)

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

June 5, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Patrick James in the above-referenced matter and respectfully request a one-week extension of the current June 5, 2026, deadline for Mr. James to identify the financial institution at which he is opening a new bank account. The new proposed deadline is **June 12, 2026**.

As the Court is aware, the prior financial institution with which Mr. James had been in dialogue elected not to move forward with the account opening. Mr. James has since identified a new financial institution, and account-opening procedures are well underway. We expect those procedures to be complete by June 12, 2026, at which point Mr. James will promptly provide the Court, the Government, and Pretrial Services with the required account information. The brief one-week extension requested here will allow that process to conclude.

Mr. James has informed both Pretrial Services and the Government of this request. Neither Pretrial Services nor the Government opposes this request.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

We appreciate the Court's attention to this matter.

Very truly yours,

Scott Hartman

cc:   Counsel of Record

GRANTED.  Defendant Patrick James shall identify the financial institution at which he is opening a new bank account by **June 12, 2026**.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 68.

SO ORDERED.

Dated:  June 5, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge