U.S. Departm...

United States ...
Southern Dist...

*The Jacob J, Javits ...*
*26 Federal Plaza, 38...*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2026_

June 18, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Patrick James and Edward James,* **26 Cr. 29 (AT)**

Dear Judge Torres:

On May 8, 2026, the Court issued an order setting trial in the above-captioned matter to begin on February 9, 2027. (ECF No. 59).  The Court's order also scheduled a status conference for June 22, 2026 and excluded time through that date from computation under the Speedy Trial Act. (*Id.*).  The parties anticipate no issues to raise with the Court on June 22 and therefore respectfully request to adjourn the status conference until a date convenient to the Court during the first or second week of October.  Further, the parties request that the Court exclude the time from June 22, 2026 through February 9, 2027 from computation under the Speedy Trial Act.  The proposed exclusion will serve the ends of justice, and outweigh the defendant's and the public's best interest in a speedy trial, by allowing the parties to review discovery, prepare pre-trial motions, and continue discussions regarding a pre-trial disclosure schedule. *See* 18 U.S.C. § 3161(h)(7)(A).

          Very truly yours,

          JAY CLAYTON
          United States Attorney

      By: _____

GRANTED.  The status conference currently scheduled for June 22, 2026 is ADJOURNED to **October 5, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Time is excluded through February 9, 2027, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the Court finds that the exclusion will serve the ends of justice and outweighs the defendant's and the public's best interest in a speedy trial, because the exclusion will allow the parties to review discovery, prepare pre-trial motions, and continue disclosure discussions.  This order supersedes the Court's prior order entered at ECF No. 75.

SO ORDERED.

Dated:  June 22, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge