# BRACEWELL

July 1, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

We represent defendant Edward James in the above-referenced matter. We write on behalf of both defendants to respectfully request that the Court adjourn the deadline for defendants to file their pretrial motions from August 3, 2026 to **September 11, 2026**, with the government's responses due by **October 26, 2026** and defendants' replies by **November 9, 2026**. We have conferred with the government, which consents to this request.

Federal Rule of Criminal Procedure 12(c)(2) provides that "[a]t any time before trial, the court may extend or reset the deadline for pretrial motions." Rule 12 offers district courts "broad discretion to extend, reset, or decline to extend or reset, the deadline for pretrial motions," and was intended to "recognize[ ] this discretion explicitly." *United States v. Zelaya-Romero*, No. 15 CR. 174 (LGS), 2018 WL 1033235, at *2 (S.D.N.Y. Feb. 21, 2018) (quoting Fed. R. Crim. P. 12, advisory committee's note to 2014 amendment).

Good cause exists here for the requested extension given the volume of discovery produced by the government and the complexity of the issues presented in this case. To date, the government has produced more than 4.5 million documents across several substantial productions, including a recent production on June 22, 2026. Defense counsel has been working diligently to review and analyze these materials, but additional time is necessary to complete that review and to prepare appropriate pretrial motions. Courts routinely grant extensions in comparable circumstances involving substantial discovery and complex issues. *See United States v. Malka*, 602 F. Supp. 3d 510, 523 (S.D.N.Y. 2022) (granting defense

**Seth D. DuCharme**    T: +1.212.508.6165    F: 800.404.3970
Partner    31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
seth.ducharme@bracewell.com    bracewell.com

# BRACEWELL

Hon. Analisa Torres
July 1, 2026
Page 2

request for an extension to file pretrial motions in case involving voluminous discovery); *United States v. Bailey*, No. 15-CR-6082G, 2016 WL 6471358, at *1 (W.D.N.Y. Nov. 1, 2016) (same).

The requested adjournment would not prejudice the parties or disrupt the current trial schedule, as the proposed deadlines will have motions fully briefed three months before trial, currently scheduled for February 9, 2027. The parties are continuing to confer on other pretrial scheduling matters, and hope to reach agreement on those dates soon.

For these reasons, defendants respectfully request that the Court adjourn the deadline for defense motions to September 11, 2026.

Respectfully submitted,

/s/ Seth D. DuCharme

Seth D. DuCharme