UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/20/2026

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated July 18, 2026, Defendant Patrick James moves for a bill of particulars identifying: (1) the identities of any alleged co-conspirators; (2) the financial institutions allegedly affected or defrauded by certain conduct charged in the Indictment; (3) the allegedly false and misleading statements made in furtherance of certain counts charged in the Indictment; and (4) the "identities of any alleged victims and any other third party described in Count One [of the Indictment]." *See* ECF No. 85 at 2.  By **August 20, 2026**, the Government shall respond. By **September 3, 2026**, Defendant Patrick James may file a reply.

SO ORDERED.

Dated: July 20, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge