August 10, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendants Patrick James and Edward James in this matter. Defendants jointly request leave to submit, where necessary, limited portions of their anticipated pretrial motions *ex parte* and under seal, on or before the September 4, 2026, pretrial motions deadline, with public, redacted versions filed simultaneously and provided to the Government. Defendants do not seek blanket authorization to litigate the substance of these motions outside the Government's presence. Instead, the requested procedure is intended only to avoid premature disclosure of Defendants' trial strategies.

Courts in this District routinely permit criminal defendants to file narrowly tailored portions of pretrial motions *ex parte* and under seal where the substance of those motions would otherwise require the defense to "prematurely disclose its trial strategy, witness list, or other privileged information" to the Government. *United States v. Boyle*, No. 08 Cr. 523 (CM), 2009 WL 484436, at *3 (S.D.N.Y. Feb. 24, 2009); *see also United States v. Gomez*, No. 17 Cr. 602 (JMF), 2018 WL 501607, at *3 n.2 (S.D.N.Y. Jan. 19, 2018) (granting leave to file affirmation in support of pretrial motion "*ex parte* and under seal because it discloses confidential and privileged possible defenses and strategies" (internal quotation marks omitted)); *United States v. Wey*, 252 F. Supp. 3d 237, 243 (S.D.N.Y. 2017) (noting the court "granted [defendant's] request to allow the application to proceed *ex parte*, citing its disclosure of certain elements of the defense's trial strategy"); *United States v. Fermin*, No. 91 Cr. 634 (LJF), 1992 WL 188372, at *1 n.1 (S.D.N.Y. July 30, 1992) (granting motion to suppress based on information "presented to the Court[] *ex parte* and under seal"). The rationale for this practice is straightforward: "common sense dictates that where a defendant cannot make the required showing . . . without revealing trial strategy and other protected work product, he must be permitted to make the request *ex parte*." *United States v. Colburn*, No. 19 Cr. 10080 (NMG), 2020 WL 6566508, at *2 (D. Mass. Nov. 9, 2020).

2

Here, Defendants intend to file pretrial motions that cannot be fully presented to the Court without revealing sensitive aspects of the defense.  These may include, for example, motions for severance, motions to compel production of *Brady* and *Giglio* materials, and motions for pretrial disclosure of Jencks Act material.  In each instance, the showings necessary to obtain the requested relief would, if disclosed to the Government now, preview the defenses' theories, anticipated cross-examination, and trial preparation more than five months before trial.  Any redactions would be limited to those portions of the supporting argument, declarations, or exhibits necessary to make the required showing.  Because the pretrial motions deadline is September 4, 2026, Defendants respectfully request the Court's leave in advance so that the anticipated motions may be prepared, redacted, and filed on time.

For these reasons, Defendants respectfully request that the Court grant them leave to file portions of their pretrial motions *ex parte* and under seal, with public, redacted versions filed simultaneously and provided to the Government.

Very truly yours,

<table>
<tr><td><strong>QUINN EMANUEL URQUHART &amp; SULLIVAN, LLP</strong></td><td><strong>BRACEWELL LLP</strong></td></tr>
<tr><td><em>/s/ Scott Hartman</em></td><td><em>/s/ Seth D. DuCharme</em></td></tr>
<tr><td>Scott Hartman<br>William Burck<br>Sara Clark<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone: (212) 849-7000<br>scotthartman@quinnemanuel.com<br>williamburck@quinnemanuel.com<br>saraclark@quinnemanuel.com</td><td>Seth D. DuCharme<br>Nicole Boeckmann<br>David A. Shargel<br>31 West 52nd Street, 19th Floor<br>New York, New York 10019<br>Telephone: (212) 508-6100<br>seth.ducharme@bracewell.com<br>nicole.boeckmann@bracewell.com<br>david.shargel@bracewell.com</td></tr>
</table>