# BRACEWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2026_

July 23, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Edward James in the above-referenced matter. We write to respectfully request permission for Mr. James to (i) open a home equity line of credit secured by a home he owns in Cincinnati, Ohio, in which his daughter resides, for purposes of making necessary repairs and improvements; and (ii) open a new credit card account since one of his card issuers recently closed his account. Pretrial services and the government do not object to either request.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Nicole Boeckmann

Nicole Boeckmann

Defendant's request is GRANTED.

SO ORDERED.

Dated:  August 14, 2026
        New York, New York

ANALISA TORRES
United States District Judge

**Nicole Boeckmann**
Partner

T: +1.212.508.6103        F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
nicole.boeckmann@bracewell.com        bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC