USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendants, Patrick James and Edward James, jointly seek "leave to submit, where necessary, limited portions of their anticipated pretrial motions *ex parte* and under seal. . . ." Defs. Ltr., ECF No. 94 at 1; *see also* Gov't Opp. Ltr., ECF No. 95.

Defendants state that "Courts in this District routinely permit criminal defendants to file *narrowly tailored* portions of pretrial motions *ex parte* and under seal" but then cite a litany of motions—including "motions for severance, motions to compel production of *Brady* and *Giglio* materials, and motions for pretrial disclosure of Jencks Act material"—they might file. *Id.* at 1–2 (emphasis added). In support of their request, Defendants merely state that these motions "cannot be fully presented to the Court without revealing sensitive aspects of the defense." *Id.* at 2. Despite Defendants' insistence that they are not "seek[ing] blanket authorization to litigate the substance of [their] motions outside the Government's presence," granting their vague, wide-ranging request would have such an effect. *Id.* at 2.

Accordingly, the Court DENIES Defendants' request without prejudice to renewal, provided that Defendants specify the pretrial motion they seek to file *ex parte* and under seal and demonstrate why they are entitled to conceal the identified information from the Government and the public. Any renewed request may be filed *ex parte* and under seal.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 94, 95.

SO ORDERED.

Dated: August 17, 2026
New York, New York

ANALISA TORRES
United States District Judge