USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for October 5, 2026 is ADJOURNED *sine die.* The Court shall issue rulings on the pending motions in due course.

SO ORDERED.

Dated: September 30, 2026
New York, New York

ANALISA TORRES
United States District Judge