October 5, 2026

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendants Patrick James and Edward James in the above-referenced matter. We write to respectfully request that the Court modify the deadlines related to expert witnesses provided in the pretrial scheduling order entered on September 3, 2026 (*see* ECF No. 104) and adopt the proposed deadlines set forth below. The parties have conferred, and the government agrees to the requested modifications. Given the complexity of the issues involved the parties respectfully submit that good cause exists to modify the current schedule.

The current and proposed revisions to the pretrial schedule are as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Government's Expert Disclosures | October 9, 2026 | October 30, 2026 |
| Defendants' Expert Disclosures | October 23, 2026 | November 13, 2026 |
| Defendants' Rebuttal Disclosures | October 30, 2026 | November 20, 2026 |
| Government's Rebuttal Disclosures | November 13, 2026 | December 11, 2026 |
| *Daubert* Motions | November 24, 2026 | December 22, 2026 |
| *Daubert* Oppositions | December 23, 2026 | January 15, 2027 |
| *Daubert* Replies (if any) | January 6, 2027 | January 26, 2027 |

Defendants respectfully request that the Court modify the pretrial scheduling order by adopting the deadlines set forth above.

We appreciate the Court's consideration of this request.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Scott Hartman*
Scott Hartman
William Burck
Sara Clark
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
scotthartman@quinnemanuel.com
williamburck@quinnemanuel.com
saraclark@quinnemanuel.com

**BRACEWELL LLP**

*/s/ Seth D. DuCharme*
Seth D. DuCharme
Nicole Boeckmann
David A. Shargel
31 West 52nd Street, 19th Floor
New York, New York 10019
Telephone: (212) 508-6100
seth.ducharme@bracewell.com
nicole.boeckmann@bracewell.com
david.shargel@bracewell.com

cc: Counsel of Record (via ECF)