USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/6/2026

October 5, 2026

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

26-CR-00029-AT

Re: *United States v. Patrick James and Edward James*, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendants Patrick James and Edward James in the above-referenced matter. We write to respectfully request that the Court modify the deadlines related to expert witnesses provided in the pretrial scheduling order entered on September 3, 2026 (*see* ECF No. 104) and adopt the proposed deadlines set forth below. The parties have conferred, and the government agrees to the requested modifications. Given the complexity of the issues involved the parties respectfully submit that good cause exists to modify the current schedule.

The current and proposed revisions to the pretrial schedule are as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Government's Expert Disclosures | October 9, 2026 | October 30, 2026 |
| Defendants' Expert Disclosures | October 23, 2026 | November 13, 2026 |
| Defendants' Rebuttal Disclosures | October 30, 2026 | November 20, 2026 |
| Government's Rebuttal Disclosures | November 13, 2026 | December 11, 2026 |
| *Daubert* Motions | November 24, 2026 | December 22, 2026 |
| *Daubert* Oppositions | December 23, 2026 | January 15, 2027 |
| *Daubert* Replies (if any) | January 6, 2027 | January 26, 2027 |

Defendants respectfully request that the Court modify the pretrial scheduling order by adopting the deadlines set forth above.

We appreciate the Court's consideration of this request.

GRANTED. The Court's pretrial scheduling order, *see* ECF No. 104, is modified as laid out above.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ANALISA TORRES
United States District Judge