**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

November 2, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We write on behalf of Defendants Patrick James and Edward James to respectfully request oral argument on Defendants' Motions to Sever Trials [ECF 108, 111] during the week of Tuesday, December 1 through Friday, December 4, 2026, at a time convenient to the Court, or thereafter as the Court deems appropriate.

Very truly yours,

Scott Hartman

cc: Counsel of Record