**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 9, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: *United States v. Patrick James and Edward James,* 26 Cr. 29 (AT)**

Dear Judge Caproni:

Pursuant to Rule 3.A of the Court's Individual Practices in Criminal Cases and with the consent of defendants Patrick James and Edward James, the Government respectfully requests to redact limited portions of its forthcoming opposition to Patrick James' motion to adjourn trial (ECF No. 160). As with the redactions applied to Patrick James' motion, the Government's proposed redactions fall into two narrow categories: (1) medical information of a third party; and (2) a limited description of a Government investigative step that has been redacted from the public versions of prior filings. The Government submits that the requested redactions are appropriate for the reasons set forth in Patrick James' November 5, 2026 letter seeking leave to redact limited portions of his motion to adjourn trial. (ECF. No. 159)

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: __________________________
Nicholas W. Chiuchiolo
Marguerite B. Colson
Peter J. Davis
Assistant United States Attorneys
212-637-1247 | -2587 | -2468

cc: Defense counsel (by ECF)