UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

26-CR-29 (VEC)

ORDER

VALERIE CAPRONI, District Judge:

WHEREAS this case has been reassigned to the Undersigned for all purposes.

IT IS HEREBY ORDERED that the parties must review and comply with the Undersigned's Individual Practices in Criminal Cases, available at the Court's website.

IT IS FURTHER ORDERED that **no later than December 4, 2026**, the parties must file a joint letter, not to exceed five pages, containing a brief summary of: (1) all deadlines, (2) all outstanding motions and requests, and (3) any other information that the parties believe may assist the Court. Unless notified otherwise by the Court, the parties should presume that any deadlines, which should be explicitly stated in the joint letter, remain in effect notwithstanding the case's transfer.

IT IS FURTHER ORDERED that the parties must appear before the Court on **Friday, December 11, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: November 24, 2026**
**New York, NY**

**HON. VALERIE CAPRONI**
**United States District Judge**